

# IN THE
# TENTH COURT OF APPEALS

## No. 10-09-00217-CR

**JAMES RILEY LEMONS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

From the 278th District Court
Walker County, Texas
Trial Court No. 24,661

## MEMORANDUM OPINION

James R. Lemons has filed a pro se notice of appeal complaining of various pretrial rulings by the trial court.

In a July 21, 2009 letter, we notified Lemons that this cause was subject to dismissal for want of jurisdiction because it appeared that this Court does not have jurisdiction of his appeal of the trial court's interlocutory rulings. *See Everett v. State*, 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.) (stating that this court has jurisdiction over criminal appeals only when expressly granted by law). We warned Lemons that

we would dismiss this appeal unless, within 21 days, he showed grounds for continuing it. Lemons has filed a response, but it does not show grounds for continuing this appeal or that we have jurisdiction. Accordingly, we dismiss this appeal for want of jurisdiction.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Dismissed
Opinion delivered and filed August 19, 2009
Do not publish
[CR25]